JAMES C. MITCHELL, *EX.*, *ETC.*, PLAINTIFF-RESPONDENT, v. CHARLES M. DALY, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Joseph M. Keegan* and *Mr. Daniel T. Hanley* for the petitioners.

*Messrs. Breslin & Breslin* for the respondent.

July 1, 1966. Denied.

DEAL GARDENS, INC., PLAINTIFF-PETITIONER, v. BOARD OF TRUSTEES OF VILLAGE OF LOCH ARBOUR, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Mr. Nicholas Martini* and *Mr. Sam Weiss* for the petitioner.

*Mr. Harold Feinberg* for the respondent.

July 1, 1966. Granted.

CHRISTOPHER EMMET, *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CITY OF CAMDEN, DEFENDANT AND THE COUNTY PARK COMMISSION OF CAMDEN COUNTY, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Bleakly, Stockwell & Zink* and *Mr. John A. Fratto* for the petitioner.

*Messrs. Shapiro, Brotman & Eisenstat* and *Mr. Michael D. Capizola* for the respondents.

July 18, 1966. Denied.